# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRESNO SPORTS AND EVENTS LLC, et al.,<br><br>    Defendants. | Case No.  1:24-cv-00352-KES-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS DBH FRESNO LLC, DIAMOND BASEBALL HOLDINGS LLC, AND DIAMOND BASEBALL PARENT LLC AS PARTIES IN THIS ACTION<br><br>(ECF No. 26) |

On July 9, 2024, Plaintiffs filed a notice of dismissal of Defendants DBH Fresno LLC, Diamond Baseball Holdings LLC, and Diamond Baseball Parent LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 26.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the

1

defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078.

Courts do not generally consider a motion to dismiss to be an answer or a motion for summary judgment for purposes of Rule 41.  See Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."); Post Tension Cables Inc. v. Actuant Corp., No. 2:19-CV-01455 RSL DWC, 2019 WL 6686679, at *1 (W.D. Wash. Nov. 12, 2019) ("Here, Defendant has not filed an answer or motion for summary judgment, and Defendant's Motion to Dismiss does not impact Plaintiff's ability to voluntarily dismiss this case."), report and recommendation adopted, No. 2:19-CV-01455 RSL DWC, 2019 WL 6683775 (W.D. Wash. Dec. 6, 2019); Kun Yuan Asset Mgmt. Co. Ltd. v. Su, No. 21-CV-06236-BLF, 2022 WL 206794, at *1 (N.D. Cal. Jan. 24, 2022) ("While Defendant has filed a motion to dismiss, this does not constitute an 'answer or a motion for summary judgment' under Rule 41(a)(1)(A)(i)."); see also Crum v. Circus Circus Enterprises, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15.").  As no answer or motion for summary judgment has been filed by Defendants DBH Fresno LLC, Diamond Baseball Holdings LLC, or Diamond Baseball Parent LLC, the notice of voluntary dismissal is effective under Rule 41(a)(1).

Accordingly, the Clerk of the Court is DIRECTED to terminate DBH Fresno LLC, Diamond Baseball Holdings LLC, and Diamond Baseball Parent LLC as defendants in this action.

IT IS SO ORDERED.

Dated:  **July 10, 2024**

_____
UNITED STATES MAGISTRATE JUDGE