# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FRESNO SPORTS AND EVENTS LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00352-KES-SAB<br><br>ORDER GRANTING STIPULATION TO FILE AMENDED ANSWER<br><br>ORDER REQUIRING PLAINTIFFS TO EITHER FILE A NOTICE OF WITHDRAWAL OF MOTION TO STRIKE OR A NOTICE INFORMING COURT WHY MOTION IS NOT MOOT<br><br>(ECF Nos. 32, 33)<br><br>**FIVE DAY DEADLINE** |

On March 26, 2024, Plaintiffs filed a class action complaint naming Fresno Sports and Events, LLC ("FSE"), among others, as a Defendant. (ECF No. 1.) On June 28, 2024, FSE filed an answer. (ECF No. 9.) On July 17, 2024, Plaintiffs filed a motion to strike FSE's answer and affirmative defenses. (ECF No. 29.) The motion was referred to the undersigned to issue findings and recommendations and/or take other appropriate action. (ECF No. 30.)

On August 1, 2024, the parties filed a stipulation to allow FSE to file an amended answer. (ECF No. 32.) The parties proffer the amended answer will address the matters raised in the pending motion to strike. (Id. at 2.) The Court has read and considered the stipulation of the parties and finds good cause to grant the parties' stipulation.

FSE filed an amended answer on August 1, 2024. (ECF No. 33.) The Court shall deem

FSE's amended answer (ECF No. 33) as the operative answer in this action.

Because the amended answer (ECF No. 33) has become the operative answer in this action, the original answer filed on June 28, 2024—the subject of the pending motion to strike—performs no function in this action. Therefore, the filing of the amended answer on August 1, 2024 would ordinarily moot the motion to strike. Accordingly, the Court shall require Plaintiffs to file a notice informing the Court why its pending motion is not moot, or, alternatively, file a notice to withdraw its motion to strike.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for Defendant Fresno Sports and Events, LLC to file a first amended answer is GRANTED;

2. Defendant Fresno Sports and Events, LLC's first amended answer filed on August 1, 2024 (ECF No. 33) is deemed the operative answer in this action;

3. Plaintiffs shall file a notice informing the Court why the pending motion to strike (ECF No. 29) is not moot, or, alternatively, file a notice to withdraw its motion to strike within **five (5) days** of the date of this order; and

4. Failure to comply with this order will result in the Court's recommendation to the District Judge that Plaintiffs' motion to strike (ECF No. 29) be denied as moot.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

UNITED STATES MAGISTRATE JUDGE