1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| CHRISTINE JOHNSON, et al., | Case No.  1:24-cv-00352-KES-SAB |
| Plaintiffs, | ORDER DISREGARDING MOTION TO STRIKE AND DIRECTING CLERK OF THE COURT TO TERMINATE MINOR LEAGUE BASEBALL INC. AS A DEFENDANT IN THIS ACTION |
| v. | |
| FRESNO SPORTS AND EVENTS LLC, et al., | (ECF Nos. 34, 35) |
| Defendants. | |

17    On March 26, 2024, Plaintiffs filed a class action complaint naming Fresno Sports and

18 Events, LLC ("FSE"), among others, as a Defendant. (ECF No. 1.)  On June 28, 2024, FSE filed

19 an answer.  (ECF No. 9.)  On July 17, 2024, Plaintiffs filed a motion to strike FSE's answer and

20 affirmative defenses.  (ECF No. 29.)   The motion was referred to the undersigned to issue

21 findings and recommendations and/or take other appropriate action.  (ECF No. 30.)  On August

22 1, 2024, at the stipulation of the parties, an amended answer was filed.  (ECF Nos. 32, 33.)  On

23 August 2, 2024, an order was filed granting the stipulation to file the amended answer and

24 requiring Plaintiff to file a notice of withdrawal of the motion to strike or a notice informing the

25 Court why the motion was not moot within five days.  (ECF No. 34.)  On this same date,

26 Plaintiff filed a withdrawal of the motion to strike and a notice of voluntary dismissal of

27 Defendant Minor League Baseball Inc. pursuant to F.R.C.P. 41(a).  (ECF Nos. 35, 36.)  Based on

28 the withdrawal of the motion to strike, the motion shall be disregarded.

1

1    Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all

2 of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d

3 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The

4 plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through

5 a Rule 41(a)(1) notice.")); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d

6 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of

7 all claims against one defendant, so that a defendant may be dismissed from the entire action.").

8 "Filing a notice of voluntary dismissal with the court automatically terminates the action as to

9 the defendants who are the subjects of the notice."  Concha, 62 F.3d at 1506.  Here, Defendant

10 Minor League Baseball Inc. has not filed an answer or otherwise appeared in this action and the

11 Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any

12 defendant who has yet to serve an answer or motion for summary judgment.  Pedrina v. Chun,

13 987 F.2d 608, 609 (9th Cir. 1993).

14    Accordingly, Plaintiffs' motion to strike Defendant Fresno Sports and Events LLC's

15 answer and affirmative defenses, filed July 17, 2024 (ECF No. 29) is HEREBY

16 DISREGARDED, and the Clerk of the Court is DIRECTED to terminate Minor League Baseball

17 Inc. as a defendant in this action.

18

19 IT IS SO ORDERED.

20 Dated:   **August 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28