# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO SPORTS AND EVENTS LLC, et al.<br><br>Defendants. | Case No. 1: 24-cv-00352-KES-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANT UNIFIED BOARD OPERATIONS LLC<br><br>**SEPTEMBER 11, 2024 DEADLINE** |

Plaintiffs filed this action on March 26, 2024 against Defendants Fresno Sports and Events LLC, Fresno Sports and Events Partners LLC, DBH Fresno LLC, Diamond Baseball Holdings LLC, Diamond Baseball Parent LLC, Minor League Baseball Inc., Jonathan Bravo, and Unified Board Operations LLC. (ECF No. 1.) Defendants Fresno Sports and Events LLC and Jonathan Bravo have filed answers to the complaint. (ECF Nos. 9, 39.) Defendants Fresno Sports and Events Partners LLC, DBH Fresno LLC, Diamond Baseball Holdings LLC, Diamond Baseball Parent LLC, and Minor League Baseball Inc. have been voluntarily dismissed from this action. (ECF Nos. 27, 37.) Defendant Unified Board Operations LLC has not filed a responsive pleading and Plaintiffs have not requested entry of default.[1] A scheduling conference is currently set for October 1, 2024. (ECF No. 4.)

---

[1] On July 9, 2024, Plaintiffs filed notice that Defendant Unified Board Operations LLC was served on May 10, 2024. (ECF No. 24.)

1

Accordingly, IT IS HEREBY ORDERED that on or before **September 11, 2024**, Plaintiffs shall either file a request for entry of default on Defendant Unified Board Operations LLC, a stipulation extending the time to respond and request to continue the conference, or some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 6, 2024**

UNITED STATES MAGISTRATE JUDGE

2