# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO SPORTS AND EVENTS LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-00352-KES-SAB <br><br> ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE TO NOVEMBER 5, 2024 <br><br> (ECF No. 43) |

This putative class action was filed on March 26, 2024, and a mandatory scheduling conference was set for October 1, 2024. (ECF Nos. 1, 3.) On September 9, 2024, Defendant Unified Board Operations LLC filed its answer. (ECF No. 42.) On September 11, 2024, Plaintiffs filed a stipulation by all parties in this action to continue the scheduling conference to November 5, 2024. (ECF No. 43.) The parties proffer the continuance will allow the parties to better prepare for and have a more productive Rule 26(f) conference. The Court finds good cause to continue the scheduling conference to the parties' stipulated date.

Accordingly, it is HEREBY ORDERED that the mandatory scheduling conference set for October 1, 2024, is CONTINUED to **November 5, 2024 at 9:30 a.m. in Courtroom 9**. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **September 11, 2024**

UNITED STATES MAGISTRATE JUDGE

1