# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, et al., | Case No. 1:24-cv-00352-KES-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| FRESNO SPORTS AND EVENTS LLC, et al., | (ECF No. 49) |
| Defendants. | |

This putative class action was filed on March 26, 2024, and a scheduling order issued on November 5, 2024. (ECF Nos. 1, 48.)  Pursuant to the scheduling order, the pre-certification discovery deadline is June 30, 2025; the pre-certification expert disclosure deadline is May 9, 202; and the deadline to file a motion for class certification is September 26, 2025. (Id. at 2-3.)

On March 5, 2025, the parties filed a stipulation to continue each date set forth in the scheduling order, which the Court construes as a motion to modify the scheduling order. (ECF No. 49.)  The parties proffer that the request is to accommodate for Plaintiffs' counsel's ongoing medical issues.  This is the parties' first request to modify the scheduling order.  The Court finds good cause exists to grant the stipulated motion.

/ / /

/ / /

1

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 49) is GRANTED. The scheduling order is thus modified as follows:

    a. Pre-Certification Non-Expert/Expert Discovery: **August 29, 2025**;

    b. Pre-Certification Expert Disclosure: **July 11, 2025**; and

    c. Certification Motion Filing: **December 5, 2025**.

2. All other aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge