# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JOHNSON, *on behalf of themselves and all other similarly situated*, et al., <br><br>             Plaintiffs, <br><br>      v. <br><br> FRESNO SPORTS AND EVENTS LLC, et al., <br><br>             Defendants. | Case No. 1:24-cv-00352-KES-SAB <br><br> ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER <br><br> (ECF No. 52) |

Before the Court is the parties' timely stipulation to modify certain aspects of the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

1.   Pre-Certification Non-Expert/Expert Discovery:   November 1, 2025;

2.   Pre-Certification Expert Disclosures:   September 30, 2025.

IT IS SO ORDERED.

Dated:   **September 8, 2025**

STANLEY A. BOONE  
United States Magistrate Judge